UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VINCENT ODEN,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF WESTBROOK, WESTBROOK POLICE DEPARTMENT, BENJAMIN HALL, AUSTIN CLARK, GARRETT MCCARTHY, RACHEL HORNING, MICHAEL LORANGER, and JANINE L. ROBERTS,<br><br>       Defendants | Civil No. 20-00081-JDL |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all parties to this case hereby stipulate that the above-captioned case is hereby dismissed with prejudice and without costs or attorney's fees to any party.


Date:   2.26.21

/s/ Adam R. Lee
Adam R. Lee, Esq.
Attorney for Plaintiff
Trafton, Matzen, Belleau & Frenette, LLP
Ten Minot Avenue, P.O. Box 470
Auburn, ME 04212-0470
(207) 784-4531
alee@tmbf-law.com


Date:   2.26.21

/s/ John J. Wall, III
John J. Wall, III, Esq.
Attorney for Defendants
MONAGHAN LEAHY, LLP
95 Exchange Street, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906
jwall@monaghanleahy.com

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2021, I electronically filed **Stipulation of Dismissal with Prejudice** using the CM/ECF system, which will provide notice to me and the other counsel of record.

    Dated at Portland, Maine this 26th day of February, 2021.

                              Attorneys for Defendants
                              MONAGHAN LEAHY, LLP
                              95 Exchange Street, P.O. Box 7046
                              Portland, ME 04112-7046
                              (207) 774-3906
                              jwall@monaghanleahy.com

    BY:    /s/ John J. Wall, III
                    John J. Wall, III